**CITY OF AUSTIN, TEXAS and Lower Colorado River Authority, Plaintiffs-Appellees,**

v.

**DECKER COAL COMPANY, a joint venture, Wytana, Inc. and Western Minerals, Inc., Defendants-Appellants.**

**No. 81–1618.**

United States Court of Appeals, Fifth Circuit.

May 31, 1983.

Britton White, Jr., Paul D. Phillips, Denver, Colo., Brown, Maroney, Rose, Baker & Barber, Scott P. Kidd, Austin, Tex., for defendants-appellants.

Jerry Harris, City Atty., Terry Irion, Asst. City Atty., Austin, Tex., for plaintiffs-appellees.

Small, Craig & Werkenthin, James Alsup, C.C. Small, Jr., Austin, Tex., for Lower Colorado River Authority.

Before RUBIN, RANDALL and JOLLY, Circuit Judges.

PER CURIAM:

No member of this panel nor judge in regular active service on the Court having

requested that the Court be polled on rehearing en banc, the Suggestion for Rehearing En Banc is DENIED.

The panel has carefully considered the Petition for Rehearing. No new light has been shed on this case by the substantive arguments. As to the point made that the panel opinion cites to the interrogatories in its factual recitation and in support of its decision, we recognize that the interrogatories were not entered into the record. The case was tried on the stipulation of facts. The differences between the stipulation and the interrogatories are not significant in the context with which we are here concerned. The stipulated facts amply support the conclusion that the determination made by the Montana Department of State Lands was based on a lengthy, extensive investigation and was not a mere ministerial action by MDSL.

The Petition for Rehearing is, therefore, also DENIED.